| AO-10 (WP) Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br>Clevenger, Raymond C. III | 2. Court or Organization<br>U.S. Court of Appeals for the Federal Circuit | 3. Date of Report<br>5/15/06 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. Circuit Court Judge (Active) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  _X_ Annual  ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>1/1/2005 to<br>12/31/2005 |
| 7. Chambers or Office Address<br>717 Madison Place N.W.<br>Washington, D.C. 20439 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 DIRECTOR | THE MARKLE FOUNDATION |
| 2 | (RESIGNED POSITION ON 11-15-2005) |
| 3 | |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

FINANCIAL DISCLOSURE OFFICE  2005 MAY 22  P 2:33  RECEIVED

# III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

## A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

## B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1  2005 | Self-employed (photographer) | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5/15/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | **NONE** (No such reportable reimbursements.) | |
| 1 | U.S. Court of Appeals for the Federal Circuit | Hot Springs, West VA, April 19-21, judicial retreat (meals and hotel) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C, III | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Bank of America   c.s. | H 1 | DIV | P 3 | T | | | | | |
| 2 Smith Barney Managed Municipal Fund | E | INT | O | T | | | | | |
| 3 PNC Bank   NOW A/C (formerly Riggs National Bank) | D | INT | L | T | | | | | |
| 4 Shelter Properties VII   units | A | CAP DISTRIB | J | W | | | | | |
| 5 Shawnee Village Partners   units | A | CAP DISTRIB | J | W | | | | | |
| 6 Seminole Transp. Co.   Mineral Contract | C | Contract Payment | J | W | | | | | |
| 7 Gap Refining LLP   Mineral Contract | A | Contract Payment | J | W | | | | | |
| 8 Total Petroleum Co.   Mineral Contract | B | Contract Payment | J | W | | | | | |
| 9 Central Crude Co.   Mineral Contract | B | Contract Payment | J | W | | | | | |
| 10 Delaware Group Tax Free Fund | E | INT | N | T | | | | | |
| 11 Smith Barney Daily DN Fund | E | INT | L | T | | | | | |
| 12 Computer Associates Int'l Inc c.s. | A | DIV | N | T | | | | | |
| 13 Grant Prideco Inc. c.s. | A | DIV | M | T | PART SELL | 8/24 | L | F | |
| 14 Capitol Federal Financial c.s. | A | DIV | | | SOLD ALL | 12/30 | M | F | |
| 15 Checkfree Corp.   c.s. | A | DIV | | | SOLD ALL | 4/18 | L | E | |
| 16 Epiq Systems Inc. c.s. | A | DIV | M | T | | | | | |
| 17 Cree Inc   c.s. | A | DIV | M | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code1 (A-H) | B (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D (2) Date Month-Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Merrill Lynch & Co. Inc. C.S. | A | DIV | J | T | | | | | |
| 2 Connecticut State Housing Bond | D | INT | L | T | | | | | |
| 3 New Jersey Sports Center Bond | C | INT | L | T | | | | | |
| 4 D.C. Howard University Bond | C | INT | L | T | | | | | |
| 5 D.C. General Hospital Bond | B | INT | L | T | | | | | |
| 6 New Jersey State Refunding Bond | C | INT | L | T | | | | | |
| 7 Metropolitan DC Airport Bond | B | INT | L | T | | | | | |
| 8 Washington Area Transit Authority Bond | B | INT | K | T | | | | | |
| 9 MERRILL LYNCH FUNDS ↓ | | | | | | | | | |
| 10 Basic Value Fund | A | DIV | J | T | | | | | |
| 11 Global Fund | A | DIV | J | T | | | | | |
| 12 Phoenix Fund | A | DIV | J | T | | | | | |
| 13 Pacific Fund | A | DIV | J | T | | | | | |
| 14 Capital Growth Fund | A | DIV | J | T | | | | | |
| 15 & T Telecommunications Fund | A | DIV | J | T | | | | | |
| 16 Pasadena/Inv. Trust Growth Fund | A | DIV | J | T | | | | | |
| 17 Scudder Capital Growth Fund | A | DIV | J | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| | |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Anadigics Inc. C.S. | A | DIV | | | SOLD ALL | 3/23 | J | (A) | |
| 2 Array Biopharma Co. C.S. | A | DIV | J | T | | | | | |
| 3 Comcast Inc. C.S. | A | DIV | | | SOLD ALL | 9/23 | J | (A) | |
| 4 Digimarc Inc. C.S. | A | DIV | J | T | | | | | |
| 5 Walt Disney Co. C.S. | A | DIV | J | T | | | | | |
| 6 Evropacific Growth Fund | A | DIV | J | T | | | | | |
| 7 Global High Income Dollar Fund | A | DIV | J | T | | | | | |
| 8 Harvard Bioscience Inc. C.S. | A | DIV | J | T | | | | | |
| 9 JDS Uniphase Corp. C.S. | A | DIV | | | SOLD ALL | 2/8 | J | (A) | |
| 10 Midcap SPDR Tr. Fund | A | DIV | | | SOLD ALL | 11/20 | K | A | |
| 11 Oplink Communications Inc. C.S. | A | DIV | | | SOLD ALL | 2/8 | J | A | |
| 12 Procter & Gamble Co. | A | DIV | | | SOLD ALL | 11/20 | K | A | |
| 13 United Technologies Inc. C.S. | A | DIV | | | SOLD ALL | 11/20 | K | A | |
| 14 Ventana Medical Systems Inc. C.S. | A | DIV | J | T | | | | | |
| 15 Bluefly Inc. C.S. | A | DIV | J | T | | | | | |
| 16 Citadel Security Software Inc. C.S. | A | DIV | J | T | | | | | |
| 17 Enterasys Networks Inc. C.S. | A | DIV | J | T | PART SELL | 11/20 | J | B | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clevenger, Raymond C. III | 5-15-06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | C Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Depomed, Inc. C.S. | A | DIV | J | T | | | | | |
| 2 Diversa Corp. C.S. | A | DIV | J | T | | | | | |
| 3 Dominion Reserve Inc. C.S. | A | DIV | J | T | | | | | |
| 4 Exxon Mobil Corp. C.S. | A | DIV | J | T | | | | | |
| 5 Ing International Smallcap Fund | A | DIV | J | T | | | | | |
| 6 Intel Corp. | A | DIV | J | T | | | | | |
| 7 Ishares US Technology Index Fund | A | DIV | | | SOLD ALL | 4/20 | K | A | |
| 8 JP Morgan Chase & Co Inc. C.S. | A | DIV | J | T | | | | | |
| 9 Kayne Anderson Midstream Investment Co. C.S. | A | DIV | J | T | | | | | |
| 10 Lionbridge Technologies Inc. C.S. | A | DIV | J | T | | | | | |
| 11 Lowe's Cos. Inc. C.S. | A | DIV | J | T | | | | | |
| 12 MBNA Corp. C.S. | A | DIV | J | J | | | | | |
| 13 Medarex Inc. C.S. | A | DIV | J | T | | | | | |
| 14 PHLO Corp. C.S. | A | DIV | J | T | | | | | |
| 15 Plum Creek Timber Co. Inc. C.S. | A | DIV | J | T | | | | | |
| 16 Redback Networks Inc. C.S. | A | DIV | J | T | BUY | 7/2? | J | | |
| 17 Royal Dutch Petroleum Corp. C.S. | A | DIV | J | T | | | | | |

1 Income/Gain Codes: (See Col. B1, D4) A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2 Value Codes: (See Col. C1, D3) J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market  U=Book value  V=Other  W=Estimated

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | **NONE** (No reportable income, assets, or transactions.) | | | | | | | | |
| 1 SBC Communications Inc. c.s. | A | DIV | J | T | | | | | |
| 2 Star Scientific Inc. C.S. | A | DIV | J | T | | | | | |
| 3 Superconductor Technologies Inc. c.s. | A | DIV | J | T | | | | | |
| 4 Time Warner Co. C.S. | A | DIV | J | T | | | | | |
| 5 Verizon Inc. C.S. | A | DIV | J | T | | | | | |
| 6 Google Inc.   C.S. | A | DIV | J | T | Buy | 9/20 | J | | |
| 7 Informatica Corp. CS. | A | DN | J | T | Buy | 5/25 | J | | |
| 8 Ishares Goldman Sachs Natural Resource Index Fund | A | DIV | J | T | Buy | 9/1 | J | | |
| 9 Ishares MSCI Emerging Markets Index Fund | A | DIV | J | T | Buy | 9/1 | J | | |
| 10 Keeley Small Cap Value Fund | A | DIV | J | T | Buy | 9/1 | J | | |
| 11 Mindspeed Technologies Inc. | A | DIV | J | T | Buy | 6/15 | J | | |
| 12 Nuvasive Inc.  C.S. | A | DIV | J | T | Buy | 3/31 | J | | |
| 13 Oppenheimer Int'l Small Co. Fund | A | DN | J | T | Buy | 5/25 | J | | |
| 14 Paine Webber Global High Income Fund | A | DIV | F | T | Buy | 3/31 | J | | |
| 15 Phase Forward Inc. C.S. | A | DIV | J | T | Buy | 11/28 | J | | |
| 16 Power Integration, Inc. c.s. | A | DIV | J | T | Buy | 3/2 | J | | |
| 17 Putnam International Inc. c.s. | A | DIV | J | T | Buy | 3/2 | J | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clevenger, Raymond C. III | 5-15-06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date __5-15-06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544